KOREIN TILLERY

*Attorneys at Law*

Michigan Plaza
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601-4263
www.KoreinTillery.com

Randall P. Ewing Jr.
*Attorney*
Rewing@koreintillery.com
p:  (312) 641-9750
f:  (314) 241-3525

April 27, 2023

Honorable James Donato
United States District Judge
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   *YouTube, LLC et al.* **v.** *Intellectual Property LLC*, **Case No. 3:23-cv-01100-JD (N.D. Cal.).**

Dear Judge Donato:

After the April 13th Court hearing and Order directing Intellectual Property LLC ("IPLLC") to produce a subset of requested documents by April 27th, IPLLC immediately retained a document collection and review vendor and began the process of collecting documents early last week. In the days since then, IPLLC has had to resolve server connection issues between it and the vendor that have impacted the timing of its production. IPLLC and the vendor have now resolved the issue, the collection was completed yesterday, the data is being processed today, and the vendor has Hungarian-speaking document reviewers ready to begin review tomorrow and over this weekend. IPLLC will provide YouTube, LLC and Google LLC information by Monday, May 1 as to when IPLLC can begin the rolling production (it currently anticipates early next week) and when it can expect to complete production.

Sincerely,

*/s/ Randall Ewing*

Randall Ewing